IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLE HARRIS, and
PAULA ASHLEY,**

      **Plaintiffs,**

v.                                                  No. 2:22-cv-00454-KRS-SMV

**THE CITY OF TEXICO, a New Mexico
incorporated municipality, DOUGLAS
BOWMAN, Chief of Police for the City of Texico,
in his official and individual capacities;
CHRISTINA VANNATTA, as PERSONAL
REPRESENTATIVE of the Estate of CHARLES
BRYAN VANNATTA, deceased, formerly a police
officer with the City of Texico, in his official and
individual capacities; THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF
CURRY; SONNY WILCOX, a deputy sheriff
employed by the County of Curry, in his individual
capacity; and BRIAN STOVER, Chief Deputy
District Attorney for the Ninth Judicial District
Attorney, in his individual capacity,**

      **Defendants.**

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS'
CLAIMS AGAINST DEFENDANTS BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CURRY AND SONNY WILCOX**

**THIS MATTER** came before the Court on County Defendants' Motion to Dismiss with Prejudice Plaintiffs' Claims Against Defendants Board of County Commissioners of the County of Curry and Sonny Wilcox [Doc. 6]. Plaintiff consents to the granting of this motion.  The Court having considered the Motion, and being further advised that Plaintiff does not oppose the granting of the motion and finding that no disputes remain between the parties requiring resolution by this Court, hereby FINDS that the Motion is well-taken and should be **GRANTED**.

IT IS THEREFORE **ORDERED** that that all claims stated against Defendants Board of County Commissioners of the County of Curry and Sonny Wilcox in Plaintiffs' Second Amended

Complaint Alleging Multiple Violations of Fourth Amendment of the US Constitution; Violations of Art. II, Section 10 of the New Mexico Constitution; Violations of the Fourteenth Amendment of the US Constitution; Violations of Art. II, Sections Four and Eighteen of the NM Constitution; and Deprivation of State Statutory Rights are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Honorable Kevin R. Sweazea
United States Magistrate Judge

Respectfully Submitted,

NEW MEXICO ASSOCIATION OF COUNTIES

/s/ *Brandon Huss*
BRANDON HUSS
DAVID ROMAN
601 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 820-8116
bhuss@nmcounties.org
droman@nmcounties.org
*Attorneys for County Defendants*

NEDBALEK LAW OFFICE, LLC

*/s/ W. Chris Nedbalek, 2022-09-13*
W. Chris Nedbalek
201 S. 6th St., Suite 103
Brownfield, TX  79316
(806) 637-2412; (575) 808-9800
chris@ned4law.com
*Attorney for Plaintiff*