IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICOLE HARRIS and PAULA ASHLEY,

    Plaintiffs,

v.                                            Case No. 2:22-cv-454 KRS/GBW

DOUGLAS BOWMAN, *Chief of Police for the City of Texico*, and
CHRISTINA VANNATTA, *as Personal Representative of the
Estate of CHARLES BRYAN VANNATTA, deceased,
formerly a police officer with the City of Texico*,

    Defendants.

## ORDER SETTING MOTION HEARING

**THIS MATTER** comes before the Court on the parties' Joint Motion to Dismiss Paula Ashley as a Plaintiff, (Doc. 56), filed August 17, 2023. The Court finds that a status conference is necessary to address the statements made in the Joint Motion regarding Ms. Ashley's competence.

IT IS THEREFORE ORDERED that a telephonic hearing shall be held on **Tuesday, August 22, 2023 at 11:30 a.m. Counsel shall call (888) 398-2342 and enter code 8193818 to join the proceedings.**

IT IS FURTHER ORDERED that Plaintiff's counsel shall file a notice with the Court **by 5:00 p.m. Monday, August 21, 2023**, addressing Ms. Ashley's incapacity and whether she is competent.

                                                             */s/ Kevin Sweazea*
                                                              KEVIN R. SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE