IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICOLE HARRIS and PAULA ASHLEY,

    Plaintiffs,

v.                                Case No. 2:22-cv-454 KRS/GBW

DOUGLAS BOWMAN, *Chief of Police for the City of Texico*, and
CHRISTINA VANNATTA, *as Personal Representative of the
Estate of CHARLES BRYAN VANNATTA, deceased,
formerly a police officer with the City of Texico*,

    Defendants.

## ORDER TO NOTIFY

**THIS MATTER** comes before the Court *sua sponte* upon review of the record. This case is set for a pretrial conference on January 30, 2024, and trial March 25-29, 2024. (Doc. 23). Plaintiff has filed documents indicating the parties have settled their claims (Doc. 56), and a Notice of Suggestion of Death regarding Plaintiff Paula Ashley (Doc. 62). The Court requires the parties to file a joint notice regarding the status of the case and whether the parties intend to proceed with the pretrial conference and trial.

IT IS THEREFORE ORDERED that the parties shall file a joint notice **by January 12, 2024** regarding the status of the case and whether they intend to proceed with the pretrial conference and trial.

                                                /s/ Kevin Sweazea
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE