## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NICOLE HARRIS and PAULA ASHLEY,

     Plaintiffs,

v.                                     No. 2:22-cv-00454-KRS-GBW

DOUGLAS BOWMAN, Chief of Police for the City of Texico, and
CHRISTINA VANNATTA, as Personal Representative of the
Estate of CHARLES BRYAN VANNATTA, deceased,
formerly a police officer with the City of Texico,

     Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## OF PAULA ASHLEY AS A PLAINTIFF AND THE FIFTH CAUSE OF ACTION IN
## PLAINTIFFS' SECOND AMENDED COMPLAINT

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff Paula Ashley as a Plaintiff and her Claim Under the Fourth Amendment (Fifth Cause of Action) With Prejudice, (Doc. 68), filed February 15, 2024. Defendants are not opposed to the granting of this motion. The Court, having considered the Motion, and being further advised that Defendants do not oppose the granting of the motion and finding that no disputes remain between the parties Paula Ashley and the Defendants requiring resolution by this Court, hereby FINDS that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that that all claims stated by Paula Ashley in Plaintiffs' Second Amended Complaint, including but not limited to alleged multiple violations of the Fourth Amendment of the U.S. Constitution; Violations of Art. II, Section 10 of the New Mexico Constitution; Violations of the Fourteenth Amendment of the U.S. Constitution; Violations of Art. II, Sections Four and Eighteen of the N.M. Constitution; and Deprivation of State Statutory Rights, are HEREBY DISMISSED WITH PREJUDICE. Specifically, the Fifth Cause of Action

recited in the Plaintiffs' Second Amended Complaint is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff Paula Ashley is hereby dismissed as a Plaintiff in this matter as such Order is in the best interests of justice.

IT IS FURTHER ORDERED that the style of the case shall be modified to reflect this dismissal.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent


Respectfully submitted, BY:

**NEDBALEK LAW OFFICE, LLC**

*/s/ W. Chris Nedbalek*
W. Chris Nedbalek for Nedbalek Law Office, LLC
Attorney for Plaintiff Nicole Harris and Paula Ashley
P.O. Box 306, Brownfield, TX  79316
(575) 808-9800
(575) 541-3009 (fax); chris@ned4law.com

Concurring:

**BY: QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
*Attorney for Defendants The City of Texico,*
*Douglas Bowman, and Christina Vannatta as*
*Personal Representative of the Estate of*
*Charles Bryan Vannatta*

_/s/ Stephen Hoffman_
**Stephen Hoffman, Esq.** 6565 Americas Parkway NE Albuquerque, NM 87110
(505) 785-7012
Stephen.Hoffman@qpwblaw.com

_/s/ Vanessa Garcia_
**Vanessa Garcia, Esq.**
6565 Americas Parkway NE Albuquerque, NM 87110
(505) 785-7012
Vanessa.Garcia@qpwblaw.com