IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLE HARRIS,**

    Plaintiff,

v.                                                            No. 2:22-cv-00454-KRS-GBW

**DOUGLAS BOWMAN, Chief of Police for the City of Texico, in his official and individual capacities; CHRISTINA VANNATTA, as PERSONAL REPRESENTATIVE of the Estate of CHARLES BRYAN VANNATTA, deceased, formerly a police officer with the City of Texico, in his official and individual capacities,**

    Defendants.

## ORDER OF DISMISSAL OF ALL CLAIMS *WITH PREJUDICE*

THIS MATTER, having come before the Court upon the parties' Joint Motion to Dismiss All Claims *with Prejudice*, (Doc. 70), and the Court, having considered the Motion and being otherwise fully advised in the premises, FINDS the Motion to Dismiss All Claims *with Prejudice* is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint, and all claims that were or could have been asserted by Plaintiff Nicole Harris against Defendants the City of Texico, Douglas Bowman, and Christina Vannatta as Personal Representative of the Estate of Charles Bryan Vannatta be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

                                                                         _/s/ Kevin Sweazea_
                                                                         HONORABLE KEVIN SWEAZEA
                                                                          UNITED STATES MAGISTRATE JUDGE
                                                                          Presiding by Consent

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/ Vanessa E. Garcia*
VANESSA E. GARCIA
STEPHEN D. HOFFMAN
6565 Americas Parkway NE, Suite 200
Albuquerque, NM 87110
Phone: (505) 785-7012
Vanessa.Garcia@qpwblaw.com
Stephen.Hoffman@qpwblaw.com
*Attorneys for Defendants*


NEDBALEK LAW OFFICE, LLC

/s/ *W. Chris Nedbalek via email 3/15/2024*
W. Chris Nedbalek for Nedbalek Law Office, LLC
Attorney for Plaintiff Nicole Harris
P.O. Box 306, Brownfield, TX 79316
(575) 808-9800
(575) 541-3009 (fax)
chris@ned4law.com